AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17 Cr. 386 (NGG) |
| Brandon Seda | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brandon Seda.

Date: 06/29/2018

s/ Zachary Margulis-Ohnuma
*Attorney's signature*

Zachary Margulis Ohnuma
*Printed name and bar number*
Law Office of Zachary Margulis Ohnuma
260 Madison Ave, 17th Floor
New York, NY 10016

*Address*

zach@zmolaw.com
*E-mail address*

(212) 685-0999
*Telephone number*

(212) 685-0922
*FAX number*